47 A.3d 1175

**Emmanel P. CHARLES, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 59 EM 2012.**

Supreme Court of Pennsylvania.

July 6, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of July, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**